**Exhibit B**

**Closing Stores**

| Store | Store # | Address |
|---|---|---|
| LMT | 04 | 700 Ken Pratt Blvd., Suite 201, Longmont, CO |
| BIL | 06 | 1603 Grand Ave., Ste. 135, Billings, MT |
| LOU | 12 | 200 N. Hurstbourne Pkwy., Louisville, KY |
| GVL | 16 | 1459 NW 23rd Ave., Gainesville, FL |
| ANR | 11 | 1919 S. Industrial Highway, Ann Arbor, MI |
| JAK | 17 | 974 West Broadway, Jackson, WY |
| BLM | 18 | 2424 S. Walnut St., Bloomington, IN |
| RKH | 14 | 9530 Manchester Road, St. Louis, MO |
| SAV | 21 | 5501 Abercorn Street, Savannah, GA |
| NAP | 24 | 3815 Tamiami Trail East, Naples, FL |
| CRS | 23 | 9184 Wiles Road, Coral Springs, FL |
| ORL | 25 | 11750 E. Colonial Dr., Orlando, FL |
| SBO | 27 | 695 S. Broadway, Boulder, CO |
| TAL | 29 | 1964 W. Tennessee St., Ste. 10, Tallahassee, FL |
| PLN | 19 | 7700 Peters Road, Plantation, FL |
| NEP | 28 | 580 Atlantic Blvd., Neptune Beach, FL |
| OAK | 36 | 1033 East Oakland Park Blvd., Oakland Park, FL |
| SAR | 33 | 3501 S. Tamiami Trail, Sarasota, FL |
| PAN | 34 | 2329 Hwy 77, Panama City, FL |
| SPR | 37 | 3333 S. Glenstone Ave, Suite 140, Springfield, MO |
| CMT | 42 | 1720 East Highway 50, Clermont, FL |
| MIS | 38 | 2901 Brooks Street, Unit M-1, Missoula, MT |
| STP | 32 | 6765 22nd Avenue N., St. Petersburg, FL |
| WRG | 41 | 3545 Wadsworth Blvd., Wheat Ridge, CO |
| HCR | 43 | 4169 W. Town Center Blvd., Orlando, FL |
| WPK | 45 | 7580 University Blvd., Winter Park, FL |
| SOR | 44 | 3171 South Orange Ave., Orlando, FL |
| VIN | 50 | 12005 Regency Village Dr., Orlando, FL |
| NNP | 57 | 6420-6434 North Naples Blvd., North Naples, FL |
| OMB | 64 | 101 East Granada Blvd., Ormond Beach, FL |
| OKL | 55 | 8396 Merchants Way, Jacksonville, FL |
| COL | 52 | 3230 E. Colonial Dr., Orlando, FL |

# Exhibit C

## Sold Stores

| Store | Store # | Address |
|---|---|---|
| GVL | 16 | 1459 NW 23rd Ave., Gainesville, FL |
| NAP | 24 | 3815 Tamiami Trail East, Naples, FL |
| NEP | 28 | 580 Atlantic Blvd., Neptune Beach, FL |
| CMT | 42 | 1720 East Highway 50, Clermont, FL |
| SOR | 44 | 3171 South Orange Ave., Orlando, FL |
| OMB | 64 | 101 East Granada Blvd., Ormond Beach, FL |

72044729.8

## Exhibit D

## Operating Stores

| Store | Store # | Address |
|---|---|---|
| NBO | 01 | 3960 Broadway, Boulder, CO |
| CBS | 08 | 2770 North High St., Columbus, OH |
| CBI | 09 | 111 South Providence Rd., Columbia, MO |
| MEL | 31 | 3170 W. New Haven Ave., Melbourne, FL |
| TVC | 22 | 3587 Market Place, Traverse City, MI |
| CLE | 30 | 11620 Clifton Blvd., Cleveland, OH |
| FTC | 47 | 425 S. College Avenue, Fort Collins, CO |

## Exhibit E

## FF&E To be Sold by Great American

| Store | Store # | Address | Included or Deferred |
|---|---|---|---|
| LMT | 04 | 700 Ken Pratt Blvd., Suite 201, Longmont, CO | Included |
| BIL | 06 | 1603 Grand Ave., Ste. 135, Billings, MT | Included |
| LOU | 12 | 200 N. Hurstbourne Pkwy., Louisville, KY | Included |
| ANR | 11 | 1919 S. Industrial Highway, Ann Arbor, MI | Included |
| JAK | 17 | 974 West Broadway, Jackson, WY | Included |
| BLM | 18 | 2424 S. Walnut St., Bloomington, IN | Included |
| RKH | 14 | 9530 Manchester Road, St. Louis, MO | Included |
| SAV | 21 | 5501 Abercorn Street, Savannah, GA | Included |
| ORL | 25 | 11750 E. Colonial Dr., Orlando, FL | Included |
| SBO | 27 | 695 S. Broadway, Boulder, CO | Included |
| TAL | 29 | 1964 W. Tennessee St., Ste. 10, Tallahassee, FL | Included |
| PLN | 19 | 7700 Peters Road, Plantation, FL | Included |
| SPR | 37 | 3333 S. Glenstone Ave, Suite 140, Springfield, MO | Included |
| MIS | 38 | 2901 Brooks Street, Unit M-1, Missoula, MT | Included |
| STP | 32 | 6765 22nd Avenue N., St. Petersburg, FL | Included |
| WRG | 41 | 3545 Wadsworth Blvd., Wheat Ridge, CO | Included |
| HCR | 43 | 4169 W. Town Center Blvd., Orlando, FL | Included |
| OKL | 55 | 8396 Merchants Way, Jacksonville, FL | Included |
| ODC | 74 | 6375 Emperor Drive, Orlando, FL | Included |
| SUP | 90 | 6328 Monarch Park Place, #100, Niwot, CO | Included |
| PTC | 56 | 19400 Cochran Blvd., Suite 160, Port Charlotte, FL | Included |
| DNB | 58 | 181 S Bryan Rd., Dania Beach, FL | Included |
| NBO | 01 | 3960 Broadway, Boulder, CO | Deferred |
| CBS | 08 | 2770 North High St., Columbus, OH | Deferred |
| CBI | 09 | 111 South Providence Rd., Columbia, MO | Deferred |
| GVL | 16 | 1459 NW 23rd Ave., Gainesville, FL | Deferred |
| NAP | 24 | 3815 Tamiami Trail East, Naples, FL | Deferred |
| CRS | 23 | 9184 Wiles Road, Coral Springs, FL | Deferred |
| NEP | 28 | 580 Atlantic Blvd., Neptune Beach, FL | Deferred |
| MEL | 31 | 3170 W. New Haven Ave., Melbourne, FL | Deferred |
| TVC | 22 | 3587 Market Place, Traverse City, MI | Deferred |
| OAK | 36 | 1033 East Oakland Park Blvd., Oakland Park, FL | Deferred |
| SAR | 33 | 3501 S. Tamiami Trail, Sarasota, FL | Deferred |
| PAN | 34 | 2329 Hwy 77, Panama City, FL | Deferred |
| CMT | 42 | 1720 East Highway 50, Clermont, FL | Deferred |
| CLE | 30 | 11620 Clifton Blvd., Cleveland, OH | Deferred |
| WPK | 45 | 7580 University Blvd., Winter Park, FL | Deferred |
| SOR | 44 | 3171 South Orange Ave., Orlando, FL | Deferred |
| VIN | 50 | 12005 Regency Village Dr., Orlando, FL | Deferred |
| FTC | 47 | 425 S. College Avenue, Fort Collins, CO | Deferred |
| NNP | 57 | 6420-6434 North Naples Blvd., North Naples, FL | Deferred |
| OMB | 64 | 101 East Granada Blvd., Ormond Beach, FL | Deferred |
| COL | 52 | 3230 E. Colonial Dr., Orlando, FL | Deferred |
| BSP | 39 | 13583 Tamiami Trail North, Naples, FL | Deferred |
| FTM | 53 | 13300 S. Cleveland Ave, Ft Myers, FL | Deferred |
| LKM | 54 | 211 Wheelhouse Ln., Lake Mary, FL | Deferred |
| KEN | 68 | 12690 SW 88th St., Miami (Kendall), FL | Deferred |

72044729.8

# **Exhibit F**

## **Great American Budget**

### **Stores Support Based on 22 Locations**

| | | |
|---|---|---:|
| Deal Lead | $ | 33,363.00 |
|   Travel To and From Deal | $ | 1,500.00 |
| Regional Supervisors -10 | $ | 201,150.00 |
|   Travel To and From Deal | $ | 15,000.00 |
| Misc Expenses per Store to Include Signs @ $500 Per | $ | 10,000.00 |
| **Corp Travel** | **$** | **15,000.00** |
| **Total Estimate Expenses - Included Stores** | **$** | **276,013.00** |

### **Optional - Deferred Stores**

### **Stores Support Based on 25 Deferred Locations**

| | | |
|---|---|---:|
| Regional Supervisors - 13 | $ | 261,495.00 |
|   Travel To and From Deal | $ | 19,250.00 |
| Misc Expenses per Store to Include Signs @ $500 Per | $ | 12,500.00 |
| **Corp Travel** | **$** | **5,000.00** |
| **Total Estimate Expenses - Deferred Stores** | **$** | **298,245.00** |

72044729.8