# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10166 (JTD)<br><br>(Joint Administration Pending) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 28, 2020 AT 1:00 P.M. (ET)[2]

**<u>VOLUNTARY PETITIONS</u>**

1. Lucky's Market Parent Company, LLC
2. Lucky's Farmers Market Holding Company, LLC
3. Lucky's Market Operating Company, LLC
4. LFM Stores LLC
5. Lucky's Farmers Market, LP
6. Lucky's Farmers Market Resource Center, LLC
7. Lucky's Market Holding Company 2, LLC
8. Lucky's Market GP 2, LP
9. Lucky's Market 2, LP
10. Lucky's Market of Longmont, LLC
11. Lucky's Farmers Market of Billings, LLC
12. Lucky's Farmers Market of Columbus, LLC
13. Lucky's Farmers Market of Rock Hill, LLC
14. LFM Jackson, LLC
15. Lucky's Farmers Market of Ann Arbor, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

[2] This hearing will be held before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801. Parties wishing to participate in the hearing telephonically must make arrangement through CourtCall (866-582-6878) in advance of the hearing.

16. Lucky's Market of Gainesville, LLC
17. Lucky's Market of Bloomington, LLC
18. Lucky's Market of Plantation, LLC
19. Lucky's Market of Savannah, GA, LLC
20. Lucky's Market of Traverse City, LLC
21. Lucky's Market of Naples, FL, LLC
22. Sinoc, Inc.

**FIRST DAY DECLARATION**

23. Declaration of Andrew T. Pillari, Chief Financial Officer of Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 15; Filed: 1/27/2020]

**MATTERS GOING FORWARD**

24. Motion of Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 2; Filed: 1/27/2020]

    **Status:** This matter will go forward.

25. Application of Debtors for Entry of an Order (I) Approving the Retention and Appointment of Omni Agent Solutions, Inc. as the Claims and Noticing Agent to the Debtors, Effective *Nunc Pro Tunc* to the Petition Date, and (II) Granting Related Relief [Docket No. 4; Filed: 1/27/2020]

    **Status:** This matter will go forward.

26. Motion of Debtors for Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Continuation of Existing Deposit Practices [Docket No. 5; Filed: 1/27/2020]

    **Status:** This matter will go forward on an interim basis.

27. Motion of Debtors for Entry of Interim and Final Orders Authorizing Payment of (I) Certain Prepetition Employee Claims, Including Wages, Salaries, and Other Compensation, (II) Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, and (V) Prepetition Claims Owing to Administrators and Third-Party Providers [Docket No. 6; Filed: 1/27/2020]

    **Status:** This matter will go forward on an interim basis.

28. Motion of Debtors for Interim and Final Authority to (I) Maintain and Administer Customer Programs, Promotions and practices and (II) Pay and Honor Related Prepetition Obligations [Docket No. 7; Filed: 1/27/2020]

        **Status:**        This matter will go forward on an interim basis.

29. Motion of Debtors for Order (I) Authorizing Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with, Various Insurance Policies, (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, and (III) Preventing Insurance Companies From Giving Any Notice of Termination or Otherwise Modifying Any Insurance Policy Without Obtaining Relief From the Automatic Stay [Docket No. 8; Filed: 1/27/2020]

    **Status:**    This matter will go forward on an interim basis.

30. Motion of Debtors for an Order Authorizing Payment of Prepetition Taxes and Fees [Docket No. 10; Filed: 1/27/2020]

    **Status:**    This matter will go forward on an interim basis.

31. Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 11; Filed: 1/27/2020]

    **Status:**    This matter will go forward on an interim basis.

32. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Setting a Final Hearing, and (V) Granting Related Relief [Docket No. 12; Filed: 1/27/2020]

    **Status:**    This matter will go forward on an interim basis.

33. Motion of Debtors for Approval of (I) Procedures for Store Closing Sales and (II) Assumption of the Liquidation Consulting Agreement [Docket No. 13; Filed: 1/27/2020]

    **Status:**    This matter will go forward on an interim basis.

34. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, and 541 of the Bankruptcy Code, Authorizing the Payment of Prepetition Claims Arising Under (A) the Perishable Agricultural Commodities Act, and (B) the Packers and Stockyards Act [Docket No. 14; Filed: 1/27/2020]

    **Status:**    This matter will go forward on an interim basis.

Dated: January 27, 2020
       Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com

-and-

Liz Boydston (*Pro Hac Vice* Pending)
2950 N. Harwood, Suite 2100
Dallas, TX 75201
Telephone: (214) 661-5557
lboydston@polsinelli.com

*Proposed Counsel to the Debtors and Debtors in Possession*

72092609.1