IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET PARENT COMPANY, LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10166<br><br>(Joint Administration Pending) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on January 27, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed in **Exhibit A**, and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit B** attached hereto:

- **Motion of Debtors for Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Continuation of Existing Deposit Practices [Docket No. 5]**

- **Motion of Debtors for Entry of Interim and Final Orders Authorizing Payment of (I) Certain Prepetition Employee Claims, Including Wages, Salaries, and Other Compensation, (II) Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, and (V) Prepetition Claims Owing to Administrators and Third-Party Providers [Docket No. 6]**

- **Motion of Debtors for Interim and Final Authority to (I) Maintain and Administer Customer Programs, Promotions and practices and (II) Pay and Honor Related Prepetition Obligations [Docket No. 7]**

Dated: January 27, 2020

Scott M. Ewing
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 27th day of January, 2020, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

# **EXHIBIT A**

| | | |
|---|---|---|
| 5 STAR REFRIGERATION & AIR CONDITIONING INC<br>ATTN: JOSEPH E MATTHEWS<br>JOE.MATTHEWS@5-STARREFRIGERATION.COM | BALLARD SPAHR LLP<br>ATTN: LESLIE HEILMAN<br>HEILMANL@BALLARDSPAHR.COM | BALLARD SPAHR LP<br>ATTN: LAUREL ROGLEN<br>ROGENL@BALLARDSPAHR.COM |
| BLUESOHO<br>ATTN: DAVE HONAN<br>DAVID.HONAN@QG.COM | BUNZL HOLDINGS, INC.<br>ATTN: JIM MCCOOL<br>JIM.MCCOOL@BUNZLUSA.COM | CAITO FOODS SERVICE<br>ATTN: DAVE COCHRAN<br>DCOCHRAN@CATOFOODS.COM |
| CAPTIVEAIRE SYSTEMS INC<br>ATTN: BOB LUDDY<br>BOB.LUDDY@CAPTIVEAIRE.COM | CARDLYTICS INC<br>ATTN: SCOTT GRIMES<br>SGRIMES@CARDLYTICS.COM | CHARLIES PRODUCE<br>ATTN: DWAYNE WILSON<br>DWAYNEWILSON@CHARLIESPRODUCE.COM |
| CROSSET COMPANY LLC<br>ATTN: GREG KURKJIAN<br>GREG.KURKJIAN@IFCO.COM | DANIA LIVE 1748, LLC<br>ATTN: GARY BAZYDLO<br>GBAZYDLO@KIMCOREALTY.COM | DANIA LIVE 1748, LLC<br>ATTN: KARAN OSTERHOUT<br>KOSTERHOUT@KIMCOREALTY.COM |
| GLADES 95TH LLC<br>ATTN: BRIAN SCHMIER<br>BRIAN@SCHMIERPROPERTYGROUP.COM | GLOBAL AXIOM, INC.<br>ATTN: TIM YOST<br>TIM.YOST@AXIOMLAW.COM | GOURMET FOODS INTERNATIONAL<br>ATTN: BRIAN SCOTT<br>BSCOTT@ATLANTAFOODS.COM |
| HARVEST MEAT COMPANY INC<br>ATTN: JAY LEAVY<br>JAY@HARVESTMEAT.COM | HAWKINS CONSTRUCTION<br>ATTN: JOHN MCCAUGHERTY<br>JMCCAUGHERTY@HAWKINSNET.COM | HUSSMANN CORPORATION<br>ATTN: CATHEY HAIGH<br>CATHEY.HAIGH@HUSSMANN.COM |
| J RAYMOND CONSTRUCTION CORP<br>ATTN: TOM BORGIA<br>TBORGIA@JRAY.COM | JDA SOFTWARE INC<br>ATTN: GIRISH RISHI<br>GIRISH.RISHI@MOTOROLA.COM | JP MORGAN CHASE<br>ATTN: JEFF SCHAEFER<br>JEFFREY.SCHAEFER@CHASE.COM |
| KPS GLOBAL LLC<br>ATTN: MIKE EAKINS<br>MIKE.EAKINS@KPSGLOBAL.COM | MONZACK MERSKY MCLAUGHHLIN & BROWDER, P.A<br>ATTN: BRIAN J. MCLAUGHLIN<br>BMCLAUGHLIN@MONLAW.COM | MONZACK MERSKY MCLAUGHHLIN & BROWDER, P.A<br>ATTN: RACHEL B MERSKY<br>RMERSKY@MONLAW.COM |
| NEELANDS USA LTD<br>ATTN: NOEL NEELANDS<br>NOEL@NEELANDS.COM | OFFICE OF THE U.S. TRUSTEE<br>ATTN: TIMOTHY J FOX, ESQ<br>TIMOTHY.FOX@USDOJ.GOV | PINELOCH CENTER STREET LLC<br>ATTN: HEATHER COONS<br>HEATHER@BLUEROCKCOMMERCIAL.COM |
| RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: BRETT M. HAYWOOD<br>HAYWOOD@RLF.COM | RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM | SCHMID CONSTRUCTION<br>ATTN: JOHN SCHMID<br>JOHN@SCHMIDCONSTRUCTION.COM |
| SEASONS-4 INC<br>ATTN: LEE CHURCHILL<br>LCHURCHILL@SEASONS4.NET | SHERWOOD FOOD DISTRIBUTORS<br>ATTN: SCOTT FOURNIER<br>SFOURNIER@SHERWOODFOODS.COM | SNYDER CONSTRUCTION INC<br>ATTN: JUSTIN P SNYDER<br>JUSTIN@SNYDER-GC.COM |
| STOCKMAN BANK<br>ATTN: KALEB MARZOLF<br>KALEB.MARZOLF@STOCKMANBANK.COM | SUN TRUST<br>ATTN: CHARLES HENDERSON<br>CHARLES.HENDERSON@SUNTRUST.COM | TRUNO RETAIL TECHNOLOGY SOLUTIONS<br>ATTN: BRAD RALSTON<br>BRALSTON@TRUNO.COM |
| UNFI<br>ATTN: CHRIS TESTA<br>CTESTA@UNFI.COM | WEIL, GOTSHAL & MANGES LLP<br>ATTN: GARRET A FAIL<br>GARRETT.FAIL@WEIL.COM | WEIL, GOTSHAL & MANGES LLP<br>ATTN: MOSHE A. FINK<br>MOSHE.FINK@WEIL.COM |

Parties Served:  39

# **EXHIBIT B**

# **EXHIBIT B**

| | | |
|---|---|---|
| 5 STAR REFRIGERATION & AIR CONDITIONING INC<br>JOSEPH E MATTHEWS<br>23091 CORTEZ BLVD<br>BROOKSVILLE FL 34601 | BLACK BUSINESS INVESTMENT FUND, INC<br>INEZ LONG<br>301 E PINE ST, STE 175<br>RE: BBIF SUBSIDIARY CDE 3, LLC<br>ORLANDO FL 32801 | BUNZL HOLDINGS, INC.<br>JIM MCCOOL<br>1 CITYPLACE DR, STE 200<br>ST. LOUIS MO 63141 |
| CAITO FOODS SERVICE<br>DAVE COCHRAN<br>3120 N POST RD<br>INDIANAPOLIS IN 46226 | CAPTIVEAIRE SYSTEMS INC<br>BOB LUDDY<br>4641 PARAGON PARK RD<br>RALEIGH NC 27616 | CARDLYTICS INC<br>SCOTT GRIMES<br>675 PONCE DE LEON AVE NE, STE 6000<br>ATLANTA GA 30308 |
| CHARLIES PRODUCE<br>DWAYNE WILSON<br>4103 2ND AVE S<br>SEATTLE WA 98134 | CREIGHTON CONSTRUCTION MANAGEMENT<br>M DAN CREIGHTON<br>900 SW PINE ISLAND RD, STE 202<br>CAPE CORAL FL 33991 | CROSSET COMPANY LLC<br>GREG KURKJIAN<br>10295 TOEBBEN DR<br>INDEPENDENCE KY 41051 |
| GLOBAL AXIOM, INC.<br>TIM YOST<br>295 LAFAYETTE ST, STE 700<br>NEW YORK NY 10012 | GOURMET FOODS INTERNATIONAL<br>BRIAN SCOTT<br>255 TED TURNER DR SW<br>ATLANTA GA 30303 | HALPERNS STEAK & GARYS SEAFOOD<br>RAY HICKS<br>4685 WELCOME ALL RD<br>ATLANTA GA 30349 |
| HARVEST MEAT COMPANY INC<br>JAY LEAVY<br>1022 BAY MARINA DR, STE 106<br>NATIONAL CITY CA 91950 | HAWKINS CONSTRUCTION<br>JOHN MCCAUGHERTY<br>1430 L AND R INDUSTRIAL BLVD<br>TARPON SPRINGS FL 34689 | HUSSMANN CORPORATION<br>CATHEY HAIGH<br>12999 SAINT CHARLES ROCK RD<br>BRIDGETON MO 63044 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30-133<br>PHILADELPHIA PA 19104-5016 | J RAYMOND CONSTRUCTION CORP<br>TOM BORGIA<br>465 W WARREN AVE<br>LONGWOOD FL 32750 | JDA SOFTWARE INC<br>GIRISH RISHI<br>15059 NORTH SCOTTSDALE, STE 400<br>SCOTTSDALE AZ 85254 |
| JP MORGAN CHASE<br>ATTN: JEFF SCHAEFER<br>1301 CANYON BLVD<br>BOULDER, CO 80302 | KIMCO REALTY CORPORATION<br>GARY BAZYDLO<br>500 N BROADWAY, STE 201<br>RE: DANIA LIVE 1748, LLC<br>JERICHO NY 11753 | KIMCO REALTY CORPORATION<br>KARAN OSTERHOUT<br>6060 PIEDMONT ROW DR S, STE 200<br>RE: DANIA LIVE 1748, LLC<br>CHARLOTTE NC 28287 |
| KPS GLOBAL LLC<br>MIKE EAKINS<br>4201 N BEACH ST<br>FORT WORTH TX 76137 | META BANK<br>5501 S BROADBAND LN<br>SIOUX FALLS, SD 57108 | NEELANDS USA LTD<br>NOEL NEELANDS<br>1775 EXECUTIVE RD, S<br>WINTER HAVEN FL 33884 |
| NIKKO ENTERPRISE CORPORATION<br>SARAH MYINT<br>13168 SANDOVAL ST<br>SANTE FE SPRINGS CA 90670 | PINELOCH CENTER STREET LLC<br>HEATHER COONS<br>8998 GLADIN CT<br>ORLANDO FL 32819 | QUAD/GRAPHICS, INC<br>DAVE HONAN<br>N61 W23044 HARRYS WAY<br>RE: BLUESOHO<br>SUSSEX WI 53089 |
| SCHMID CONSTRUCTION<br>JOHN SCHMID<br>1655 FL-50<br>CLERMONT FL 34711 | SCHMIER PROPERTY GROUP, INC<br>BRIAN SCHMIER<br>2200 BUTTS RD, STE 300<br>RE: GLADES 95TH LLC<br>BOCA RATON FL 33431 | SEASONS-4 INC<br>LEE CHURCHILL<br>4500 INDUSTRIAL ACCESS RD<br>DOUGLASVILLE GA 30134 |
| SHERWOOD FOOD DISTRIBUTORS<br>SCOTT FOURNIER<br>12499 EVERGREEN RD<br>DETROIT MI 48228-1059 | SIGNATURE<br>ATTN: MARK T. SIGONA<br>565 5TH AVE<br>NEW YORK, NY 10017 | SNYDER CONSTRUCTION INC<br>JUSTIN P SNYDER<br>2766 11 MILE RD, STE 1<br>BERKLEY MI 48072 |

| | | |
|---|---|---|
| STOCKMAN BANK<br>ATTN: KALEB MARZOLF<br>2700 KING AVE W<br>BILLINGS, MT 59108 | SUN TRUST<br>ATTN: CHARLES HENDERSON<br>919 E MAIN ST, 7TH FL<br>RICHMOND, VA 23219 | SUN TRUST<br>ATTN: CHARLES HENDERSON<br>VA-RICHMOND-5004<br>P.O. BOX 26150<br>RICHMOND, VA 23260 |
| TRUNO RETAIL TECHNOLOGY SOLUTIONS<br>BRAD RALSTON<br>13912 FM 1730<br>LUBBOCK TX 79424 | UNFI<br>CHRIS TESTA<br>313 IRON HORSE WAY<br>PROVIDENCE RI 2908 | |

Parties Served: 38