# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10166 (JTD) <br><br> (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court schedules the following omnibus hearing dates:

**March 13, 2020 at 10:00 a.m. (Eastern Time)**
**[Location: 5th Floor, Courtroom No. 5]**

**April 14, 2020 at 10:00 a.m. (Eastern Time)**
**[Location: 5th Floor, Courtroom No. 5]**

**Dated: January 29th, 2020**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

72153843.1