**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET PARENT COMPANY, LLC, *et al.,*[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10166 (JTD)<br><br>Jointly Administered<br><br>**Re: Docket No. 51** |

**LIMITED OBJECTION TO INTERIM ORDER AUTHORIZING (I) PROCEDURES FOR STORE CLOSING SALES AND (II) ASSUMPTION OF LIQUIDATION CONSULTING AGREEMENT**

Blackfox Parkway Associates, L.L.C. ("Blackfox"), by and through its undersigned counsel, Bielli & Klauder, LLC and McManimon, Scotland & Baumann, LLC, hereby presents this limited objection to the Interim Order Authorizing (i) Procedures for Store Closing Sales and (ii) Assumption of the Liquidation Consulting Agreement entered by the Court on January 28, 2020 [Docket No. 51] (the "Interim Order"):

　　　　1.　　On January 27, 2020, the Debtor and its affiliates filed their voluntary Chapter 11 Petitions.

　　　　2.　　Blackfox's objects to the terms of the Store Closing Procedures annexed to the Interim Order and respectfully requests a hearing on its objection.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

3. Blackfox is the landlord for Debtor Lucky's of Longmont, LLC ("Debtor"). The Debtor is a tenant of Blackfox at property located at 700 Ken Pratt Boulevard, Suite 201, Longmont, Colorado ("Premises").

4. On or about November 20, 2012, Blackfox entered into a retail lease agreement with the Debtor relating to the Premises (the "Lease"). The Debtor has defaulted under the terms of the Lease and has not cured same.

5. Pursuant to the terms of the Lease, the Debtor granted Blackfox a contractual security interest on all of tenant's furniture, fixtures and equipment now or hereafter situated at the Premises and all proceeds therefrom, including insurance proceeds. See Exhibit A, the Lease at §13.3.

6. Furthermore, upon an uncured event of default, no collateral shall be removed from the Premises without the landlord's prior written consent until all of tenants' obligations are fully satisfied. As a result, Blackfox hereby objects to the removal of any fixtures from the Premises. See id.

7. Blackfox hereby objects to the Interim Order solely as it relates to the Premises and as it relates further to the removal of non-movable fixtures, furniture and equipment and to the extent that same are affixed to the Premises and the removal of same would damage in any way the Premises.

8. Further, in accordance with the Lease, sufficient insurance coverage must be demonstrated before anyone enters the Premises.

9. Upon information and belief, the Debtor and Great American have begun the process of removing furniture, fixtures and equipment form the Premises.

10. Blackfox reserves all rights and additional objections.

For the foregoing reasons, Blackfox objects to the Interim Order and respectfully requests a hearing on such objection to prevent Debtors and the Liquidation Consultants from removing any and all fixtures form the Premises.

Dated: February 4, 2020

                                        **BIELLI & KLAUDER, LLC**

                                        */s/ David M. Klauder*
                                        David M. Klauder (No. 5769)
                                        1204 N. King Street
                                        Wilmington, DE 19801
                                        Phone: (302) 803-4600
                                        Fax: (302) 397-2557
                                        Email: dklauder@bk-legal.com

                                        and

                                        **McMANIMON, SCOTLAND & BAUMANN, LLC**

                                        Richard D. Trenk
                                        Joshua H. Raymond
                                        75 Livingston Avenue, 2nd Floor
                                        Roseland, NJ  07068
                                        Phone: (973) 622-1800
                                        Email: rtrenk@msbnj.com
                                        Email: jraymond@msbnj.com

                                        *Counsel for Blackfox Parkway Associates, L.L.C.*