IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET PARENT COMPANY, LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10166<br><br>(Joint Administration Pending) |

# AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on January 28, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief [Docket No. 38]**

- **Order (I) Approving the Retention of Omni Agent Solutions, Inc. as the Claims and Noticing Agent to the Debtors, Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief [Docket No. 39]**

- **Interim Order Pursuant to Sections 105(A), 363, and 541 of the Bankruptcy Code, Authorizing the Payment of Prepetition Claims Arising Under (A) the Perishable Agricultural Commodities Act, and (B) the Packers and Stockyards Act [Docket No. 46]**

- **Amended Declaration of Andrew T. Pillari, Chief Financial Officer of Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 47]**

///

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

- **Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507, Fed. R. Bankr. P. 2002, 4001 and 9014, and Del. Bankr. L.R. 4001-2 (I) Authorizing the Debtors to Use Cash Collateral of the Prepetition Secured Lender, (II) Granting Adequate Protection to the Prepetition Secured Lender, (III) Prescribing Form and Manner of Notice Of and Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 50]**

Dated: February 3, 2020

_____
Colin Linebaugh
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 3rd day of February, 2020, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

**EXHIBIT A**

| | | |
|---|---|---|
| 5 STAR REFRIGERATION & AIR CONDITIONING INC<br>JOE.MATTHEWS@5-STARREFRIGERATION.COM | BALLARD SPAHR LLP<br>LESLIE HEILMAN<br>HEILMANL@BALLARDSPAHR.COM | BALLARD SPAHR LP<br>LAUREL ROGLEN<br>ROGENL@BALLARDSPAHR.COM |
| BLUESOHO<br>DAVID.HONAN@QG.COM | BUNZL HOLDINGS, INC.<br>JIM.MCCOOL@BUNZLUSA.COM | CAITO FOODS SERVICE<br>DCOCHRAN@CAITOFOODS.COM |
| CAPTIVEAIRE SYSTEMS INC<br>BOB.LUDDY@CAPTIVEAIRE.COM | CARDLYTICS INC<br>SGRIMES@CARDLYTICS.COM | CHARLIES PRODUCE<br>DWAYNEWILSON@CHARLIESPRODUCE.COM |
| CROSSET COMPANY LLC<br>GREG.KURKJIAN@IFCO.COM | DANIA LIVE 1748, LLC<br>GBAZYDLO@KIMCOREALTY.COM; KOSTERHOUT@KII | DANIA LIVE 1748, LLC<br>KOSTERHOUT@KIMCOREALTY.COM |
| GLADES 95TH LLC<br>BRIAN@SCHMIERPROPERTYGROUP.COM | GLOBAL AXIOM, INC.<br>TIM.YOST@AXIOMLAW.COM | GOURMET FOODS INTERNATIONAL<br>BSCOTT@ATLANTAFOODS.COM |
| HARVEST MEAT COMPANY INC<br>JAY@HARVESTMEAT.COM | HAWKINS CONSTRUCTION<br>JMCCAUGHERTY@HAWKINSNET.COM | HUSSMANN CORPORATION<br>CATHEY.HAIGH@HUSSMANN.COM |
| J RAYMOND CONSTRUCTION CORP<br>TBORGIA@JRAY.COM | JDA SOFTWARE INC<br>GIRISH.RISHI@MOTOROLA.COM | KPS GLOBAL LLC<br>MIKE.EAKINS@KPSGLOBAL.COM |
| MONZACK MERSKY MCLAUGHHLIN & BROWDER, P.A.<br>BRIAN J. MCLAUGHLIN<br>BMCLAUGHLIN@MONLAW.COM | MONZACK MERSKY MCLAUGHHLIN & BROWDER, P.A.<br>RACHEL B. MERSKY<br>RMERSKY@MONLAW.COM | NEELANDS USA LTD<br>NOEL@NEELANDS.COM |
| OFFICE OF THE U.S. TRUSTEE<br>TIMOTHY J FOX<br>TIMOTHY.FOX@USDOJ.GOV | PINELOCH CENTER STREET LLC<br>HEATHER@BLUEROCKCOMMERCIAL.COM | POLSINELLI, PC<br>CHRIS WARD<br>CWARD@POLSINELLI.COM |
| RICHARDS, LAYTON & FINGER, P.A.<br>BRETT M. HAYWOOD<br>HAYWOOD@RLF.COM | RICHARDS, LAYTON & FINGER, P.A.<br>ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM | SCHMID CONSTRUCTION<br>JOHN@SCHMIDCONSTRUCTION.COM |
| SEASONS-4 INC<br>LCHURCHILL@SEASONS4.NET | SHERWOOD FOOD DISTRIBUTORS<br>SFOURNIER@SHERWOODFOODS.COM | SNYDER CONSTRUCTION INC<br>JUSTIN@SNYDER-GC.COM |
| TRUNO RETAIL TECHNOLOGY SOLUTIONS<br>BRALSTON@TRUNO.COM | UNFI<br>CTESTA@UNFI.COM | WEIL, GOTSHAL & MANGES LLP<br>GARRET A. FAIL<br>GARRETT.FAIL@WEIL.COM |
| WEIL, GOTSHAL & MANGES LLP<br>MOSHE A. FINK<br>MOSHE.FINK@WEIL.COM | | |

Parties Served: 37

## **EXHIBIT B**

| | | |
|---|---|---|
| 5 STAR REFRIGERATION & AIR CONDITIONING INC<br>ATTN: JOSEPH E MATTHEWS<br>23091 CORTEZ BLVD<br>BROOKSVILLE, FL 34601 | BBIF SUBSIDIARY CDE 3, LLC<br>C/O BLACK BUSINESS INVESTMENT FUND, INC<br>ATTN: INEZ LONG<br>301 E PINE ST, STE 175<br>ORLANDO, FL 32801 | BLUESOHO<br>C/O QUAD/GRAPHICS, INC<br>ATTN: DAVE HONAN<br>N61 W23044 HARRYS WAY<br>SUSSEX, WI 53089 |
| BUNZL HOLDINGS, INC.<br>ATTN: JIM MCCOOL<br>1 CITYPLACE DR, STE 200<br>ST. LOUIS, MO 63141 | CAITO FOODS SERVICE<br>ATTN: DAVE COCHRAN<br>3120 N POST RD<br>INDIANAPOLIS, IN 46226 | CAPTIVEAIRE SYSTEMS INC<br>ATTN: BOB LUDDY<br>4641 PARAGON PARK RD<br>RALEIGH, NC 27616 |
| CARDLYTICS INC<br>ATTN: SCOTT GRIMES<br>675 PONCE DE LEON AVE NE, STE 6000<br>ATLANTA, GA 30308 | CHARLIES PRODUCE<br>ATTN: DWAYNE WILSON<br>4103 2ND AVE S<br>SEATTLE, WA 98134 | CREIGHTON CONSTRUCTION MANAGEMENT<br>ATTN: M DAN CREIGHTON<br>900 SW PINE ISLAND RD, STE 202<br>CAPE CORAL, FL 33991 |
| CROSSET COMPANY LLC<br>ATTN: GREG KURKJIAN<br>10295 TOEBBEN DR<br>INDEPENDENCE, KY 41051 | DANIA LIVE 1748, LLC<br>C/O KIMCO REALTY CORPORATION<br>ATTN: GARY BAZYDLO<br>500 N BROADWAY, STE 201<br>JERICHO, NY 11753 | DANIA LIVE 1748, LLC<br>C/O KIMCO REALTY CORPORATION<br>ATTN: KARAN OSTERHOUT<br>6060 PIEDMONT ROW DR S, STE 200<br>CHARLOTTE, NC 28287 |
| GLADES 95TH LLC<br>C/O SCHMIER PROPERTY GROUP, INC<br>ATTN: BRIAN SCHMIER<br>2200 BUTTS RD, STE 300<br>BOCA RATON, FL 33431 | GLOBAL AXIOM, INC.<br>ATTN: TIM YOST<br>295 LAFAYETTE ST, STE 700<br>NEW YORK, NY 10012 | GOURMET FOODS INTERNATIONAL<br>ATTN: BRIAN SCOTT<br>255 TED TURNER DR SW<br>ATLANTA, GA 30303 |
| HALPERNS STEAK & GARYS SEAFOOD<br>ATTN: RAY HICKS<br>4685 WELCOME ALL RD<br>ATLANTA, GA 30349 | HARVEST MEAT COMPANY INC<br>ATTN: JAY LEAVY<br>1022 BAY MARINA DR, STE 106<br>NATIONAL CITY, CA 91950 | HAWKINS CONSTRUCTION<br>ATTN: JOHN MCCAUGHERTY<br>1430 L AND R INDUSTRIAL BLVD<br>TARPON SPRINGS, FL 34689 |
| HUSSMANN CORPORATION<br>ATTN: CATHEY HAIGH<br>12999 SAINT CHARLES ROCK RD<br>BRIDGETON, MO 63044 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | J RAYMOND CONSTRUCTION CORP<br>ATTN: TOM BORGIA<br>465 W WARREN AVE<br>LONGWOOD, FL 32750 |
| JDA SOFTWARE INC<br>ATTN: GIRISH RISHI<br>15059 NORTH SCOTTSDALE, STE 400<br>SCOTTSDALE, AZ 85254 | KPS GLOBAL LLC<br>ATTN: MIKE EAKINS<br>4201 N BEACH ST<br>FORT WORTH, TX 76137 | NEELANDS USA LTD<br>ATTN: NOEL NEELANDS<br>1775 EXECUTIVE RD, S<br>WINTER HAVEN, FL 33884 |
| NIKKO ENTERPRISE CORPORATION<br>ATTN: SARAH MYINT<br>13168 SANDOVAL ST<br>SANTE FE SPRINGS, CA 90670 | OFFICE OF THE U.S. TRUSTEE<br>ATTN: TIMOTHY J FOX, ESQ<br>844 KING ST, STE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801 | PINELOCH CENTER STREET LLC<br>ATTN: HEATHER COONS<br>8998 GLADIN CT<br>ORLANDO, FL 32819 |
| SCHMID CONSTRUCTION<br>ATTN: JOHN SCHMID<br>1655 FL-50<br>CLERMONT, FL 34711 | SEASONS-4 INC<br>ATTN: LEE CHURCHILL<br>4500 INDUSTRIAL ACCESS RD<br>DOUGLASVILLE, GA 30134 | SHERWOOD FOOD DISTRIBUTORS<br>ATTN: SCOTT FOURNIER<br>12499 EVERGREEN RD<br>DETROIT, MI 48228-1059 |
| SNYDER CONSTRUCTION INC<br>ATTN: JUSTIN P SNYDER<br>2766 11 MILE RD, STE 1<br>BERKLEY, MI 48072 | TRUNO RETAIL TECHNOLOGY SOLUTIONS<br>ATTN: BRAD RALSTON<br>13912 FM 1730<br>LUBBOCK, TX 79424 | UNFI<br>ATTN: CHRIS TESTA<br>313 IRON HORSE WAY<br>PROVIDENCE, RI 02908 |

Parties Served: 33