# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10166 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that **Weingarten Realty Investors** ("Weingarten"), by their attorneys at **Saul Ewing Arnstein & Lehr LLP**, appear in this matter pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

| | |
|---|---|
| John D. Demmy, Esq.<br>**Saul Ewing Arnstein & Lehr LLP**<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: 302-421-6848<br>Facsimile: 302-421-5881<br>Email: john.demmy@saul.com | Jenny Hyun, Esq.<br>**Weingarten Realty Investors**<br>Legal Department<br>2600 Citadel Plaza Drive, Suite 300<br>P.O. Box 924133<br>Houston, TX 77292-4133<br>Telephone: 713-866-6000<br>Facsimile: 713-880-6146<br>Email: bankruptcycases@weingarten.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

**PLEASE TAKE NOTICE FURTHER** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by Weingarten to the jurisdiction of the Bankruptcy Court.  This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive Weingarten's substantive or procedural rights, including:  (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Weingarten is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

3

| | |
|---|---|
| Dated: February 10, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP**<br><br>/s/ *John D. Demmy*<br>John D. Demmy (Bar No. 2802)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Tel. 302-421-6848<br>Fax: 302-421-5881<br>E-mail: john.demmy@saul.com<br><br>*Attorneys for Weingarten Realty Investors* |