## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*,[1] | Case No. 20-10166 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 187** |

**ORDER GRANTING THIRD MOTION OF DEBTORS TO SHORTEN NOTICE FOR THE HEARING ON THE MOTION OF DEBTORS FOR ENTRY OF (I) AN ORDER (A) APPROVING GLOBAL BID PROCEDURES IN CONNECTION WITH THE SALE OF THE REMAINDER OF THE DEBTORS' ASSETS, (B) SCHEDULING AN AUCTION AND A SALE HEARING, (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (D) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, AND (E) GRANTING RELATED RELIEF; AND (II) AN ORDER (A) APPROVING THE SALE OF THE REMAINDER OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, AND (C) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion to Shorten**")[2] of the Debtors, for entry of an

order, pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), shortening notice and

objection periods concerning the *Motion of Debtors for Entry of (I) an Order (A) Approving*

*Global Bid Procedures in Connection with the Sale of the Remainder of the Debtors' Assets, (B)*

*Scheduling an Auction and Sale Hearing, (C) Approving the Form and Manner of Notice*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

72306443.3

*Thereof, (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief; and (II) an Order (A) Approving the Sale of the Remainder of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 186] (the "**Global Bidding Procedures Motion**"); the Court having reviewed the Motion to Shorten, the First Day Declaration, and the Solomon Declaration; and this Court having found that it has jurisdiction to consider the Motion to Shorten pursuant to 28 U.S.C. § 1334; and this Court having found that the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the Debtors consent to entry of a final order under Article III of the United States Constitution; and this Court having found that venue of these Chapter 11 Cases and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion to Shorten has been given and that no other or further notice is necessary; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten, the First Day Declaration, and the Solomon Declaration establish just cause for the relief granted herein; and any objections to the relief requested in the Motion to Shorten having been withdrawn or overruled on the merits; and after due deliberation thereon and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion to Shorten is granted, as set forth herein.

2.    A hearing to consider the Global Bidding Procedures Motion will be held on **February 19, 2020 at 11:00 a.m. (ET)** (the "**Hearing**").

3.    The deadline to object to the relief requested in the Global Bidding Procedures Motion shall be at the Hearing.

2

72306443.3

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, notwithstanding any provision in the Bankruptcy Rules or the Local Rules to the contrary, and the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: February 13th, 2020**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

3

72306443.3