# SIGN-IN SHEET

**JUDGE:** Dorsey     **COURTROOM:** 5

**CASE NUMBER:** 20-10166, *et al.*   **CASE NAME:** Lucky's Market Parent Company, LLC   **DATE:** 2/19/2020 (11:00 AM)

*****PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED*****

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | Bielli & Klauder | LM Acquisition Co. |
| Marc Carmel | McDonald Hopkins | " |
| Garret Fail | Weil, Gotshal | Kroger |
| Zach Shapiro | RLF | " " |
| Kathy Miller | Smith Katzenstein | ALDI ALDI |
| Jim Rossow | Rubin & Levin | ALDI |
| Kate Stickles | Cole Schotz | Svitzge Sec Finance |
| Shelley Kinsella | Elliott Greenleaf | Publix |
| Laurel Roglen | Ballard Spahr LLP | ARC CLORLFL001, LLC |
|  | " | Brixmor Operating Partnership LP |
|  | " | TLF (Orlando) LLC, Series A |
|  | " | Realty Income Properties 4, LLC |
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Ericka Johnson | Womble Bond | Committee |
| Mark Indelicato | Hahn & Hessen | " |
| Fred Rosner | Dave's supermarket + Oryana | Dave's supermarket + Oryana |
| Ruby Liu | Rosner Law | " ? |
| CARL N. KUNZ III | MORRIS JAMES LLP | Snyder Gostnehr, Inc. |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER:** 20-10166, *et al.*   **CASE NAME:** Lucky's Market Parent Company, LLC   **DATE:** 2/19/2020 (11:00 AM)

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rachel Mersky | Monzack Mersky McLaughlin & Browder | Glader 95 Owner LLC, Kimco |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: | 02/19/2020

Calendar Time: | 11:00 AM ET

# U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable John T. Dorsey
## Courtroom

*Amended Calendar   Feb 19 2020  7:39AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|--------------|
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10392811 | Mark A. Amendola | (216) 861-4700 ext. 15 | Martyn & Associates | Creditor, Caito Foods, LLC and Crosset Company, LLC / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10396032 | Moshe Fink | (212) 310-8293 ext. 00 | Weil Gotshal & Manges LLP | Interested Party, The Kroger Co. / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10396030 | Daniel H. Gill | (703) 341-3837 ext. | Bloomberg Law | Media, Bloomberg Law - - PRESS / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10384117 | Ronald E. Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Washington Prime, Inc. / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10394787 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10374163 | Jeremy Hill | (646) 324-3948 ext. | Bloomberg News | Interested Party, Bloomberg News / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10391390 | Sanjuro Kietlinski | (786) 760-8629 ext. | Province | Financial Advisor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10391520 | Michael Leto | (917) 748-6360 ext. | Alvarez & Marsal | Debtor, Lucky's Marketing Parent Company LLC / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10377062 | Stephanie C. Lieb | (813) 227-7469 ext. | Trenam Law | Creditor, Publix Super Market / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10390267 | David Neumann | (216) 831-0042 ext. | Meyers, Roman, Friedberg & Lewis | Objector, Dave's Supermarket / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10366576 | Jennifer D. Raviele | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Landlords Regency & Benderson / LIVE |

| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10394385 | Julie B. Teicher | (248) 351-7059 ext. | Maddin, Hauser, Roth & Heller, P.C. | Creditor, Snyder Construction Inc. / LIVE |
|---|---|---|---|---|---|---|---|---|
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10393581 | Frank Vazquez | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Creditor, O.C.O.U.C. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10385240 | Jeffrey Zawadzki | (212) 478-7252 ext. | Hahn & Hessen LLP | Creditor, Creditors Committee / LISTEN ONLY |