# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Lucky's Market Parent Company, LLC

**Case No.:** 20–10166–JTD

**Chapter:** 11

### *Notice of Deficiency*

- [x] The document(s) you submitted to the Court was received on 2/19/2020 and has been docketed at Docket # 217 . However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy–forms/proof–claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

- [ ] The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

- [ ] The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, it is not in compliance with our Local Rules.

- [ ] The bankruptcy petition you filed was received on . It was docketed and assigned Case # . At the time of the filing, the applicable photo identification requirement was not satisifed. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing–without–attorney

- [ ] A bankruptcy petition, affirmed to be authorized to be filed on your behalf, was received on . It was docketed and assigned Case # . At the time of filing, the applicable photo identifcation requirement was not satisfied. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing–without–attorney

- [ ] The document(s) you filed with the Court at Docket # is not in compliance with Local Rule 9018–1(d).

- [ ] Other:

*Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov*

---

I certify that this Notice of Deficiency was mailed on the date indicated below to:
- [x] Liquid Planet Montana, Inc  
221 N. Higgins Ave.  
Missoula, MT 598074

_____  
Una O'Boyle, Clerk of Court

Date: 2/19/20                                              By: Jason Spencer, Deputy Clerk

(VAN–489)