## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*,[1] | Case No. 20-10166 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 76** |

### SUPPLEMENTAL DECLARATION OF CHRISTOPHER A. WARD, ESQ. OF POLSINELLI PC IN SUPPORT OF THE APPLICATION OF DEBTORS FOR AUTHORITY TO EMPLOY AND RETAIN POLSINELLI PC AS COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Christopher A. Ward, Esq. makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1.     I am a Shareholder in the Wilmington, Delaware office of Polsinelli PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among numerous other locations throughout the United States. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

2.     On January 31, 2020, the above-captioned debtors and debtors in possession (the "**Debtors**") filed an application (the "**Application**") for an order approving the employment and retention of Polsinelli as its counsel *nunc pro tunc* to January 27, 2020 (the "**Petition Date**").  I submitted a declaration (the "**Original Declaration**") in support of the Application for the purpose of complying with § 327(a) chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").  I hereby incorporate by reference the Application as if it were set forth in full herein.

3.     I submit this supplemental declaration (the "**Supplement**") to provide the Court, the United States Trustee, the debtors and debtors in possession (the "**Debtors**"), and other interested parties with additional information related to Polsinelli's retention.

4.     In addition to the disclosures set forth on Exhibit 2 to the Original Declaration, to the extent set forth on the Exhibit A attached to this Supplement, I, Polsinelli, and certain of its shareholders, counsel, of counsel, and associates may currently represent, or may have previously represented, and may in the future represent, persons, entities, and their affiliates that are claimants, interest holders, other parties-in-interest, or professionals of the Debtors (and other professionals to be retained in the Chapter 11 Cases) in matters totally unrelated to the Debtors or the Chapter 11 Cases. Attached as Exhibit A is a list of parties that Polsinelli has represented in the past, currently represents, or may in the future continue to represent in matters wholly unrelated to the Chapter 11 Cases and the Debtors. To the best of my knowledge and information, no entity listed on Exhibit A accounted for 1% or more of Polsinelli's annual revenue for fiscal year 2019.

2

5.      I disclosed Polsinelli's representation of The Kroger Company ("**Kroger**") in the Original Declaration. To provide further detail, Polsinelli assisted two Kroger stores in Texas on licensing and regulatory issues related to Kroger's opening of pharmacies in the two Kroger locations. Polsinelli's representation was limited to licensing and regulatory issues and is completely unrelated to the Debtors and the Chapter 11 Cases. The Kroger matter is substantially complete, but remains open in the event further licensing or regulatory issues arise in the future. The Polsinelli attorneys who work on the Kroger licensing and regulatory matter are not involved, and will not be involved, in the Chapter 11 Cases.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: February 24, 2020                     */s/ Christopher A. Ward*
      Wilmington, Delaware                     Christopher A. Ward

3

72198913.4

## EXHIBIT A

### Supplemental Disclosures

| Name Searched | Category of Party in Interest | Comments and Status |
|---|---|---|
| Comcast | Utility Provider | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Sheraton | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Amazon Technologies, Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Associated Wholesale Grocers | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Hillyard | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Peterson Mfg. Co. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| JDA Software | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Sycamore | EB-5 Investors and Agents | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Indeed | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Extended Stay America | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |

72198913.4

| Lillabee | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Moore Food Distributors | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Schmidt Farms | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Tri-Eagle Sales | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Z-Best Coffee Company | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Gold Coast Beverage | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Kikkerland Design, Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| TELOS LIFE, LLC | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Home Depot | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Best Western | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Coca Cola | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Florida International University | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |

72198913.4

| | | |
|---|---|---|
| CWB Holdings Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Prairie Farms Dairy | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Bright House Networks, LLC | Utility Provider | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Brinks Incorporated | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Constellation | Utility Provider | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Craftwork Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Holiday Inn | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Hiawatha Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| PCM Sales, Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Rowdy Mermaid Kombucha, LLC | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Centric Internet Services | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Digital Evolution Group | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |

72198913.4

| Homewood Suites | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| --- | --- | --- |
| LinkedIn | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Spinster Sisters, Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| American Eagle Distribution | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Trillium Service Companies LLC | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| City of Springfield | Utility Provider | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Moxie Sozo LLC | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Pinnacle Imports | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Riverside Farms | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| The Republic of Tea, Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Charter Communications | Utility Provider | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Johnny Harris Famous BBQ Sauce | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |

| Hughes Net | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Promise Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Audi Financial Services | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| L&M Companies, Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Shamrock Foods Company | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Vukoo, LLC | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Dropbox, LLC | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Ameren Missouri | Utility Provider | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Free Spirit Beverages | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Aramark Uniform & Career Apparel Group, Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Ferrell Gas | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| G&J Pepsi-Cola Bottling | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |

| Liquid Environmental Solutions | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
|---|---|---|
| Schwabe North America Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Sonoco Protective Solutions | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Boulder Phone | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Farma Labs, Inc. d/b/a Native Jack d/b/a NytroJack | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| IBM Corporation | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| RTS Companies US Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Staceys Organic Tortilla | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Enterprise Rent-a-Car | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Lexmark Enterprise Software | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| RF Botanicals, Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Time Warner Cable | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |

72198913.4

| | | |
|---|---|---|
| Altamira Ltd | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Asana, Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| CBRE Inc. | Professional | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Beazley | Insurance | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| CBIZ, Inc. | Professional | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| FPL Energy Service | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| JP Morgan Chase | Bank | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Spire | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Block | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Maroma USA, LLC | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| United Rentals | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Verizon Wireless | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |

| Johnson Brothers | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
|---|---|---|
| Mojis Inc. | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| United Health Group | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Frito Lay Snacks | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Shred-It USA LLC | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Tram Bar LLC | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |
| Hoplark Hoptea | Vendor | Polsinelli represents this entity in matters wholly unrelated to these Chapter 11 Cases and the Debtors. |