# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER:** 20-10166, *et al.*   **CASE NAME:** Lucky's Market Parent Company, LLC   **DATE:** 2/26/2020 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Power | Hahn & Hessen | Creditors Committee |
| Emma Fleming | " " | " " |
| Brian McCaughten | Monarch Meesly McLauchlin | Waste Mangnt. |
| Chris Ward | Polsinelli | Debtor |
| Liz Brydston | " | Debtor |
| Caryn Wang | " | Debtor |
| Morgan Bautista | Womble Bond Dickens | Creditors Committee |
| Joseph J. McMahon, Jr. | Ciardi Ciardi & Astin | ATA Farm Louisville Ky, LLC |
| Mark Amendola | Martyn + Assoc. | Caito Foods / Crosset Company |
| Laurel Roglen | Ballard Spahr LLP | Comcast Cable Communication Mgmt |
| Shannon Huniston | McCarter + English | Constellation New Energy, et al |

# Court Conference

**Calendar Date:** 02/26/2020
**Calendar Time:** 10:00 AM ET

# U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable John T. Dorsey
#### Courtroom

2nd Revision  Feb 26 2020  6:15AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10407456 | Elliot Bromagen | (312) 853-7664 ext. | Sidley Austin LLP | Financial Advisor, PJ Solomon Securities / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10408704 | Carlo Caponi | (212) 508-1674 ext. | Peter J. Solomon Company | Debtor, Lucky's Market Parent Company LLC / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10408311 | Garrett Fail | (212) 310-8451 ext. 999 | Weil Gotshal & Manges LLP | Interested Party, Kroger / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10412069 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10411080 | Sanjuro Kietlinski | (786) 760-8629 ext. | Province | Financial Advisor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10413186 | Michael Leto | (917) 748-6360 ext. | Alvarez & Marsal | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10410122 | Stephanie C. Lieb | (813) 227-7469 ext. | Trenam Law | Creditor, Publix Super Market / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10408681 | Scott Moses | (212) 508-1675 ext. | Peter J. Solomon Company | Debtor, Lucky's Market Parent Company LLC / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10360200 | Jennifer D. Raviele | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Landlords Regency & Benderson / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10413192 | Joe Sciametta | (646) 495-3570 ext. | Alvarez & Marsal | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10407977 | Luis Toro | (954) 388-1708 ext. | Province | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10409978 | Francisco Vazquez | (212) 408-5471 ext. | Norton Rose Fulbright US LLP | Creditor, The Creditors Committee / LISTEN ONLY |