# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**In Re:**

LUCKY'S MARKET PARENT
COMPANY, LLC, *et al.*,

    Debtors.

_____/

Case No. 20-10166 (JTD)
Chapter 11
(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters his appearance in this case as counsel for: **BUFFALO RIDGE CENTER SOUTH, LLC**.

FURTHER, PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices and all other papers required to be served in this case be served upon the following person(s) and that the following person(s) be added to the mailing matrix in this case:

> Michael A. Fleming, Esq.
> PLUNKETT COONEY
> 38505 Woodward Avenue, Suite 100
> Bloomfield Hills, MI  48304
> PH: (248) 901-4000 /FAX: (248) 901-4040
> mfleming@plunkettcooney.com

FURTHER, PLEASE TAKE NOTICE that, without limiting the foregoing request for service of all notices and other papers, the undersigned specifically requests, pursuant to Rules 3015, 3017(a), and all other applicable rules of the

Federal Rules of Bankruptcy Procedure, to be served with all proposed plans of reorganization and disclosure statements and objections relating thereto, as well as all other pleadings, memoranda, and briefs in support of any of the foregoing.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) the referenced parties' rights to have final orders in non-core matters entered only after de novo review by a federal district court judge; (b) the referenced parties' rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) the referenced parties' rights to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which the referenced parties are or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the referenced parties expressly reserve.

                          **Respectfully submitted,**

                        By:   /s/Michael A. Fleming
                             Michael A. Fleming (P38293)
                             PLUNKETT COONEY
                             *Attorney(s) for Buffalo Ridge Center South, LLC*
                             38505 Woodward Avenue, Suite 100
                             Bloomfield Hills, MI  48304
                             PH: (248) 901-4000 / FAX: (248) 901-4040
Dated:  March 6, 2020         mfleming@plunkettcooney.com

Open.20330.23103.23743766-1