**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*, | Case No. 20-10166 (JTD) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court schedules the following omnibus

hearing dates:

**May 27, 2020 at 10:00 a.m. (Eastern Time)**
**[Location: 5th Floor, Courtroom No. 5]**

**June 24, 2020 at 10:00 a.m. (Eastern Time)**
**[Location: 5th Floor, Courtroom No. 5]**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: March 13th, 2020**
**Wilmington, Delaware**

72761617.1