# Court Conference

U.S. Bankruptcy Court-District of Delaware

Calendar Date: 03/26/2020

Confirmed Telephonic Appearance Schedule

Calendar Time: 11:00 AM ET

Honorable John T. Dorsey

Courtroom

*Amended Calendar   Mar 26 2020   8:06AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10489633 | Michael E. Baum | (248) 540-3340 ext. | Schafer & Weiner, PLLC | Creditor, Ufer Family Properties / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10485851 | Karen C. Bifferato | (302) 757-7300 ext. | Connolly Gallagher LLP | Claimant, Market at McKnight I, LLC / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484573 | Howard Borin | (248) 540-3340 ext. | Schafer & Weiner, PLLC | Bankruptcy Counsel, Ufer Family Properties LLC / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488957 | Elizabeth N. Boydston | (214) 661-5557 ext. | Polsinelli PC | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10483171 | Dustin T. Branch | (424) 204-4354 ext. | Ballard Spahr LLP | Creditor, Brixmor Property Group / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488192 | Kate R. Buck | (302) 984-6300 ext. | McCarter & English | Creditor, Greenleaf Capital / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10485626 | Mary Caloway | (302) 552-4209 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, Albertson's Market / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10483164 | Marc Carmel | (312) 642-1484 ext. | McDonald Hopkins LLC | Interested Party, Bo Sharon / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10485060 | E. Rebecca Case | (314) 721-7011 ext. | Stone Leyton & Gershman | Creditor, Schnuck Markets Inc. / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10483044 | Richard S. Cobb | (302) 467-4400 ext. | Landis Rath & Cobb LLP | Creditor, United Natural Foods Inc. / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10486142 | Tiffany S. Cobb | (614) 464-8322 ext. | Vorys Sater Seymour and Pease LLP | Interested Party, Casto / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10487545 | Michael D. DeBaecke | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Scott Randolph / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10485257 | John D. Demmy | (302) 421-6854 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Weingarten Realty / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490417 | Michael M. Dingel | (208) 395-5254 ext. | Albertsons Companies, LLC | Objector, Albertson's LLC / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488831 | Gregory T. Donilon | (302) 504-7800 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Representing, 1919 Industrial and 2424 Walnut / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490390 | Daniel Etlinger | (813) 229-2800 ext. | Jennis Law Firm | Creditor, Greenleaf Capitol / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10486075 | Garrett Fail | (212) 310-8451 ext. 999 | Weil Gotshal & Manges LLP | Interested Party, The Kroger Co. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10486088 | Moshe Fink | (212) 310-8293 ext. 00 | Weil Gotshal & Manges LLP | Interested Party, The Kroger Co. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484118 | Timothy Fox | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Timothy J. Fox / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488263 | H. Timothy Gillis | (904) 899-9952 ext. | Shutts & Bowen, LLP | Representing, South Eastern Grocers Inc. and Samson Merger Sub. LLC / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10482248 | Ronald Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Washington Prime Group Inc. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10482828 | William S. Gyves | (212) 808-7640 ext. | Kelley Drye & Warren LLP | Creditor, Benderson Development / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10486059 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, The Kroger Co. / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10482293 | Leslie Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Brixmor Property Group, Realty Income Corporation, ARC CLORLF001 TLF (Orlando) / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10489541 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488205 | Shannon D. Humiston | (302) 984-6300 ext. | McCarter & English | Representing, South Eastern Grocers Inc. and Samson Merger Sub. LLC / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484561 | Paul Huygens | (702) 685-5555 ext. | Province | Creditor, Unsecured Creditors Committee / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484694 | Mark Indelicato | (212) 478-7320 ext. | Hahn & Hessen LLP | Creditor, Unsecured Creditors Committee / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490386 | David S. Jennis | (813) 229-2800 ext. | David Jennis, P.A. d/b/a Jennis Law Firm | Creditor, Greenleaf Capitol / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484245 | Russell R. Johnson, III | (804) 749-8861 ext. | Law Offices of Russell R. Johnson III PLC | Creditor, Florida Power & Light Company / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484538 | Sanjuro Kietlinski | (786) 760-8629 ext. | Province | Creditor, Unsecured Creditors Committee / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10483155 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Interested Party, Blackfox Parkway Associates LLC / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10485548 | Joyce Kuhns | (410) 209-6463 ext. | Offit Kurman, Attorneys at Law | Creditor, Woolbright Wekia LLC / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10483168 | Carl Kunz, III | (302) 888-6800 ext. | Morris James LLP | Creditor, Snyder Construction, Inc. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10482813 | Robert L. LeHane | (212) 808-7573 ext. | Kelley Drye & Warren LLP | Creditor, Benderson Development / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490633 | Michael Leto | (917) 748-6360 ext. | Alvarez & Marsal | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488221 | Peter H. Levitt | (305) 415-9447 ext. | Shutts & Bowen, LLP | Representing, South Eastern Grocers Inc. and Samson Merger Sub. LLC / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484236 | Stephanie C. Lieb | (813) 227-7469 ext. | Trenam Law | Creditor, Publix Super Market / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10485157 | Zhao Liu | (302) 777-1111 ext. | The Rosner Law Group LLC | Bidder, Alfalfa's Market, Inc. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490372 | Austin L. McMullen | (615) 252-2307 ext. | Bradley Arant Boult Cummings LLP | Creditor, Tamiami / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484158 | Rachel B. Mersky | (302) 656-8162 ext. | Monzack Mersky McLaughlin & Browder, PA | Creditor, Dania Live 1748, LLC, Blade's 95th Owner, LLC and Kimco-Peters Co. Ltd. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484281 | Kathleen M. Miller | (302) 652-8400 ext. 230 | Smith, Katzenstein & Jenkins LLP | Interested Party, Aldi / LIVE |

| | Debtor | Case | Type | Item # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488952 | David Neumann | (216) 831-0042 ext. | Meyers, Roman, Friedberg & Lewis | Bidder, Dave's Supermarket / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490481 | Leslie Pappas | (571) 319-2280 ext. | Bloomberg Law | Interested Party, Bloomberg Law / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10485347 | Perry Pastula | (616) 538-6380 ext. | Dunn, Schouten & Snoap, P.C. | Interested Party, Oryana Food Cooperative, Inc. / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484525 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson ( US ) LLP | Creditor, Unsecured Creditors Committee / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488813 | Richard Placey | (215) 772-1500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Representing, 1919 Industrial and 2424 Walnut / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484650 | Mark Powers | (212) 478-7200 ext. | Hahn & Hessen LLP | Creditor, Unsecured Creditors Committee / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484131 | David P. Primack | (302) 300-4515 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Landlords Quadrant Wheat Ridge Corners, LLC & University Centre, LLC / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10486131 | Michael L. Rabb | (406) 404-1747 ext. | The Rabb Law Firm PLLC | Creditor, West Park Shopping Center LLC / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484622 | Michael Robinson | (702) 685-5555 ext. | Province | Creditor, Unsecured Creditors Committee / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10482361 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Creditor, Brixmor Property Group, Realty Income Corporation, ARC LCORLF001 TLF (Orlando), / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10485245 | Frederick B. Rosner | (302) 777-1111 ext. | The Rosner Law Group LLC | Bidder, Alfalfa's Market, Inc. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10486044 | Zachary Shapiro | (302) 651-7819 ext. | Richards, Layton & Finger, P.A. | Interested Party, The Kroger Co. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10489272 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Seritage & SRC Finance / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10486242 | Aaron Stulman | (302) 984-6081 ext. | Potter Anderson & Corroon LLP | Creditor, Nikko Enterprises / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484327 | Theodore J. Tacconelli | (302) 575-1555 ext. | Ferry Joseph PA | Interested Party, Schnuck Markets, Inc. / LISTEN ONLY |

| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488364 | William P. Taylor, Jr. | (302) 984-6310 ext. | McCarter & English | Creditor, South Easterns Grocers, Inc. and Samson Merger Sub, LLC. / LIVE |
|---|---|---|---|---|---|---|---|---|
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10486316 | Julie B. Teicher | (248) 351-7059 ext. | Maddin, Hauser, Roth & Heller, P.C. | Creditor, Snyder Construction Inc. / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484579 | Luis Toro | (954) 388-1708 ext. | Province | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10488948 | Caryn Wang | (404) 253-6000 ext. | Polsinelli PC | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10485735 | Christopher A. Ward | (302) 507-3910 ext. | Polsinelli PC | Debtor, Lucky's Market Parent Company / LIVE |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490393 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |
| | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10484431 | Jeffrey Zawadzki | (212) 478-7252 ext. | Hahn & Hessen LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |