## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10166 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 282** |

### NOTICE OF DESIGNATION OF STALKING HORSE
### PURCHASER AS SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE THAT** pursuant to the *Order (I) Approving Bidding Procedures in Connection with the Sale of Certain of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter into the Stalking Horse Agreement, (V) Approving Bid Protections, (VI) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VII) Granting Related Relief (Publix Super Markets, Inc.)* [Docket No. 282] entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on February 26, 2020 (the "**Bidding Procedures Order**"):[2] (i) the Bid Deadline was March 23, 2020, at 4:00 p.m. (ET); (ii) in the event of more than one Qualified Bids, an Auction would be conducted

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), Sinoc, Inc. (0723), Lucky's Farmers Market of Ellisville, LLC (2875), and Lucky's Market of Lexington, KY, LLC (3446).

[2] Capitalized terms used but not otherwise defined shall have the meanings ascribed to them in the Bidding Procedures Order.

72903060.1

on March 26, 2020, at 10:00 a.m. (ET); and (iii) in the event that the Debtors did not receive at least one additional Qualified Bid, no Auction would be conducted.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order designated Publix Super Markets, Inc., as the Stalking Horse Purchaser for the Assets. Under the Bidding Procedures Order, the Stalking Horse Bid is considered a Qualified Bid.

**PLEASE TAKE FURTHER NOTICE** that the Debtors did not receive any competing bids for the Assets. **As such, no Auction was conducted.**

**PLEASE TAKE FURTHER NOTICE** that the Stalking Horse Purchaser is deemed to be the Successful Bidder for the Assets.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of an order approving the Sale at the Sale Hearing, which is scheduled to be held telephonically on March 30, 2020 at 1:00 p.m. (ET) before the Honorable John T. Dorsey. Parties wishing to participate in the Sale Hearing must make arrangements through CourtCall (866-582-6878) in advance of the hearing.

| | |
|---|---|
| Dated: March 27, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br><br>-and-<br><br>Liz Boydston (Admitted *Pro Hac Vice*)<br>2950 N. Harwood, Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 661-5557<br>lboydston@polsinelli.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

72903060.1