# Court Conference

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable John T. Dorsey

Courtroom

Calendar Date: 03/30/2020

Calendar Time: 01:00 PM ET

*Amended Calendar  Mar 30 2020 10:01AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|-------------|
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494233 | Matthew Austria | (302) 521-5197 ext. | Austria Legal, LLC | Creditor, Captive-Aire System, Inc / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493028 | Michael E. Baum | (248) 540-3340 ext. | Schafer & Weiner, PLLC | Creditor, Ufer Family Properties / LISTEN ONLY |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493228 | Karen C. Bifferato | (302) 757-7300 ext. | Connolly Gallagher LLP | Claimant, Market at McKnight I / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493031 | Howard Borin | (248) 540-3340 ext. | Schafer & Weiner, PLLC | Bankruptcy Counsel, Ufer Family Properties LLC / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496528 | Laura Bouyea | (410) 528-2345 ext. | Venable LLP | Bankruptcy Counsel, SB-Vets-1 / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10480078 | Elizabeth N. Boydston | (214) 661-5557 ext. | Polsinelli PC | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496501 | Dustin T. Branch | (424) 204-4354 ext. | Ballard Spahr LLP | Creditor, Brixmor Operating Partnership LP, et al. / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490520 | Charles J. Brown III | (302) 425-5813 ext. | Gellert Scali Busenkell & Brown LLC | Creditor, Horn Investment / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10489431 | Kate R. Buck | (302) 984-6300 ext. | McCarter & English | Creditor, Greenleaf Capital / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10491398 | Mary Caloway | (302) 552-4209 ext. | Buchanan, Ingersoll & Rooney, P.C. | Creditor, Albertson's Market / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490761 | Marc Carmel | (312) 642-1484 ext. | McDonald Hopkins LLC | Interested Party, Bo Sharon / LIVE |
| | | Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493187 | E. Rebecca Case | (314) 721-7011 ext. | Stone Leyton & Gershman | Creditor, Schnuck Markets Inc. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10491929 | Tiffany S. Cobb | (614) 464-8322 ext. | Vorys Sater Seymour and Pease LLP | Interested Party, Casto / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493006 | Michael D. DeBaecke | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Scott Randolph / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496159 | John D. Demmy | (302) 421-6854 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Weingarten Realty / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496225 | Michael M. Dingel | (208) 395-5254 ext. | Albertsons Companies, LLC | Objector, Albertson's LLC / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496812 | Daniel Etlinger | (813) 229-2800 ext. | Jennis Law Firm | Creditor, Greenleaf Capitol / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10491945 | Garrett Fail | (212) 310-8451 ext. 999 | Weil Gotshal & Manges LLP | Interested Party, The Kroger Co. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10491427 | Brett Fallon | (302) 888-6888 ext. | Morris James LLP | Creditor, Tamiami Investment/Buffalo Ridge / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10491949 | Moshe Fink | (212) 310-8293 ext. 00 | Weil Gotshal & Manges LLP | Interested Party, The Kroger Co. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10497009 | Emma Fleming | (212) 478-7200 ext. | Hahn & Hessen LLP | Creditor, The Unoffical Committee of Unsecured Creditors / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493226 | Timothy Fox | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Timothy J. Fox / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10489462 | H. Timothy Gillis | (904) 899-9952 ext. | Shutts & Bowen, LLP | Interested Party, Southeastern Grocers, Inc. and Samson Merger Sub, LLC. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10489158 | Ronald Gold | (513) 651-6156 ext. | Frost Brown Todd LLC | Creditor, Washington Prime Group Inc. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10491941 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, The Kroger Co. / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496213 | Leslie C. Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Brixmor Operating Partnership LP, et al. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493128 | R. Karl Hill | (302) 888-7605 ext. | Seitz, Van Ogtrop & Green, P.A. | Creditor, US Bank Equipment Rental / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493149 | Jarret P. Hitchings | (302) 657-4900 ext. | Duane Morris LLP | Creditor, Pinnacll Assurance / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494478 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496707 | R. Hunter Humphries | (423) 756-2010 ext. | Baker Donelson et al. | Interested Party, Dollar General Corporation / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493013 | Paul Huygens | (702) 685-5555 ext. | Province | Creditor, Unsecured Creditors Committee / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493016 | Mark Indelicato | (212) 478-7320 ext. | Hahn & Hessen LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494178 | David S. Jennis | (813) 229-2800 ext. | David Jennis, P.A. d/b/a Jennis Law Firm | Creditor, Greenleaf Capitol / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494782 | Susan E. Kaufman | (302) 472-7420 ext. | Law Office of Susan E. Kaufman, LLC | Creditor, Washington Prime Group, Inc. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493010 | Sanjuro Kietlinski | (786) 760-8629 ext. | Province | Creditor, Unsecured Creditors Committee / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490680 | Shelley A. Kinsella | (302) 384-9403 ext. | Elliott Greenleaf | Interested Party, Publix Supermarkets / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490732 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Interested Party, Bow Sharon / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10491413 | Carl Kunz, III | (302) 888-6800 ext. | Morris James LLP | Creditor, Snyder Construction, Inc. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496460 | Robert L. LeHane | (212) 808-7573 ext. | Kelley Drye & Warren LLP | Creditor, Benderson Development / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493206 | Michael Leto | (917) 748-6360 ext. | Alvarez & Marsal | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10489451 | Peter H. Levitt | (305) 415-9447 ext. | Shutts & Bowen, LLP | Interested Party, South Easterns Grocers, Inc. and Samson Merger Sub, LLC. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490776 | Stephanie C. Lieb | (813) 227-7469 ext. | Trenam Law | Creditor, Publix Super Market / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496636 | Erno Lindner | (423) 209-4206 ext. | Baker Donelson et al. | Interested Party, Dollar General Corporation / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493294 | Zhao Liu | (302) 777-1111 ext. | The Rosner Law Group LLC | Bidder, Dave's Supermarket, Inc. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496837 | Justin Markley | (302) 984-6300 ext. | McCarter & English | Client, Southeastern Groceriers Inc. / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10477843 | Rachel B. Mersky | (302) 656-8162 ext. | Monzack Mersky McLaughlin & Browder, PA | Creditor, Dania Live 1748, LLC, Blade's 95th Owner, LLC and Kimco-Peters Co. Ltd. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493065 | Kathleen M. Miller | (302) 652-8400 ext. 230 | Smith, Katzenstein & Jenkins LLP | Interested Party, Aldi / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493267 | Scott Moses | (212) 508-1675 ext. | Peter J. Solomon Company | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10492998 | Lucian Murley | (302) 421-6898 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, Kentucky Teachers' Retirement System / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496675 | Dan Nieser | (423) 756-2010 ext. | Baker Donelson et al. | Interested Party, Dollar General Corporation / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496370 | Leslie Pappas | (571) 319-2280 ext. | Bloomberg Law | Interested Party, Bloomberg Law / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493136 | Perry Pastula | (616) 538-6380 ext. | Dunn, Schouten & Snoap, P.C. | Interested Party, Oryana Food Cooperative / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493008 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson ( US ) LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494540 | Andy Pillari | (720) 378-9161 ext. | Andy Pillari | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493015 | Mark Powers | (212) 478-7200 ext. | Hahn & Hessen LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496413 | David P. Primack | (302) 300-4515 ext. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Creditor, Landlords Quadrant Wheat Ridge Corners, LLC & University Centre, LLC / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496512 | Laurel D. Roglen | (302) 252-4465 ext. | Ballard Spahr LLP | Creditor, Brixmor Property Group, Realty Income Corporation, ARC LCORLF001 TLF (Orlando), / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493285 | Frederick B. Rosner | (302) 777-1111 ext. | The Rosner Law Group LLC | Bidder, Dave's Supermarket, Inc. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494249 | James E. Rossow Jr. | (317) 860-2893 ext. | Rubin & Levin, P.C. | Interested Party, James Rossow / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10491933 | Zachary Shapiro | (302) 651-7819 ext. | Richards, Layton & Finger, P.A. | Interested Party, The Kroger Co. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494256 | Adam Smith | (317) 860-2877 ext. | Rubin & Levin, P.C. | Interested Party, Adam Smith / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493034 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Seritage & SRC Finance / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494226 | Sabrina Streusand | (512) 236-9901 ext. | Streusand, Landon, Ozburn & Lemmon, LLP | Client, Captive-Aire / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10496541 | Vincent F. Sullivan | (302) 437-5542 ext. | Law 360 | Media, Law 360 / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10492981 | Theodore J. Tacconelli | (302) 575-1555 ext. | Ferry Joseph PA | Interested Party, Schnuck Markets, Inc. / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10489439 | William F. Taylor, Jr. | (302) 984-6310 ext. | McCarter & English | Interested Party, South Easterns Grocers, Inc. and Samson Merger Sub, LLC. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10490728 | Julie B. Teicher | (248) 351-7059 ext. | Maddin, Hauser, Roth & Heller, P.C. | Creditor, Snyder Construction Inc. / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494579 | Amanda Terr | (214) 661-5564 ext. | Polsinelli | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10495020 | Luis Toro | (954) 388-1708 ext. | Province | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10480072 | Caryn Wang | (404) 253-6000 ext. | Polsinelli PC | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10480069 | Christopher A. Ward | (302) 507-3910 ext. | Polsinelli PC | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10494496 | Maria Woods | (720) 378-9172 ext. | Maria Woods | Debtor, Lucky's Market Parent Company, LLC / LIVE |
| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493195 | Charles Woolley | (312) 784-2400 ext. | Askounis & Darcy, PC | Creditor, U.S. Bank / LIVE |
| Luckys Market Parent Company, LLC | 20-10166 | Hearing | 10497088 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wallstreet Journal / LISTEN ONLY |

| Lucky's Market Parent Company, LLC | 20-10166 | Hearing | 10493114 | Jeffrey Zawadzki | (212) 478-7252 ext. | Hahn & Hessen LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |