## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY'S MARKET PARENT COMPANY, LLC., *et al.*,[1] | Case No. 20-10166 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez am employed in the county of Los Angeles, State of California. I hereby certify that on March 20, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **First Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors In Possession for the Period from January 27, 2020 through February 29, 2020 [Docket No. 462]**

Dated: March 25, 2020

Jorge Rodriguez
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 25th day of __March__, 20 20, by Jorge Rodriguez proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

# EXHIBIT A

**Lucky's Market Parent Company, LLC, et al. -  Service List to e-mail Recipients**                                                  **Served 3/20/2020**

| | | |
|---|---|---|
| HAHN & HESSEN LLP<br>EMMA FLEMING<br>EFLEMING@HAHNHESSEN.COM | HAHN & HESSEN LLP<br>JEFFREY ZAWADZKI<br>JZAWADZKI@HAHNHESSEN.COM | HAHN & HESSEN LLP<br>MARK S. INDELICATO<br>MINDELICATO@HAHNHESSEN.COM |
| HAHN & HESSEN LLP<br>MARK T. POWER<br>MPOWER@HAHNHESSEN.COM | NORTON ROSE FULBRIGHT US LLP<br>DAVID ROSENZWEIG<br>DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.CO | NORTON ROSE FULBRIGHT US LLP<br>FRANCISCO VAZQUEZ<br>FRANCISCO.VAZQUEZ@NORTONROSEFULBRIGHT.C |
| NORTON ROSE FULBRIGHT US LLP<br>THOMAS MCCORMACK<br>THOMAS.MCCORMACK@NORTONROSEFULBRIGHT.C | OFFICE OF THE U.S. TRUSTEE<br>TIMOTHY J FOX<br>TIMOTHY.FOX@USDOJ.GOV | POLSINELLI, PC<br>CHRIS WARD<br>CWARD@POLSINELLI.COM |
| RICHARDS, LAYTON & FINGER, P.A.<br>BRETT M. HAYWOOD<br>HAYWOOD@RLF.COM | RICHARDS, LAYTON & FINGER, P.A.<br>ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM | WEIL, GOTSHAL & MANGES LLP<br>GARRET A. FAIL<br>GARRETT.FAIL@WEIL.COM |
| WEIL, GOTSHAL & MANGES LLP<br>MOSHE A. FINK<br>MOSHE.FINK@WEIL.COM | WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW P. WARD<br>MATTHEW.WARD@WBD-US.COM | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN L. PATTERSON<br>MORGAN.PATTERSON@WBD-US.COM |

Parties Served:  15

## **EXHIBIT B**

LUCKY'S MARKET PARENT COMPANY, LLC
6328 MONARCH PARK PL, STE 100
NIWOT, CO 80503

OFFICE OF THE U.S. TRUSTEE
ATTN: TIMOTHY J. FOX, ESQ
844 KING ST, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801

Parties Served: 2